UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN P. GARCIA, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>NCB MANAGEMENT SERVICES, INCORPORATED,<br><br>              Defendant. | CIVIL ACTION NO. 08-11192-RGS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Mass.R.Civ.P. 41(a)(1)(ii), the parties stipulate that this action be dismissed with prejudice, each party to bear his or its own costs and with all rights of appeal waived.


/s/ Kenneth D. Quat_____
Kenneth D. Quat, BBO No. 408640
QUAT LAW OFFICES
678 Massachusetts Avenue, Suite 702
Cambridge, MA 02139
(617) 494 0522
Attorney for Plaintiff

/s/ Richard L. Nahigian_____
Richard L. Nahigian, BBO No. 549096
Jill M. Brannelly, BBO No. 655474
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
(617) 951-2100
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I, Richard L. Nahigian, counsel for Defendant NCB Management Services Incorporated do hereby certify, that I have this date, served Stipulation of Dismissal by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

                                                  /s/ Richard L. Nahigian
                                                  Richard L. Nahigian

Dated: November 14, 2008

PABOS2:RNAHIGI:692609_1
15116-93323